

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00830-CR

Cedric Cornelius **NEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR180911
Honorable Susan Harris, Judge Presiding

# O R D E R

In this habeas corpus appeal, the State's brief was originally due to be filed with this court on January 21, 2020. Before the due date, the State filed its first motion for a thirty-day extension of time to file its brief until February 20, 2020.

The State's motion is GRANTED. The State must file its brief with this court by February 20, 2020. *See* TEX. R. APP. P. 31.2 ("An appeal in a habeas corpus or bail proceeding will be heard at the earliest practicable time.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court